BRYAN SCHRODER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>RONNY GENE SMITH, JR.,<br><br>    Defendant. | No. 3:20-cr-00023-TMB-DMS<br><br>COUNT 1:<br>FELON IN POSSESSION OF AMMUNITION<br> Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about July 17, 2019, within the District of Alaska, the defendant, RONNY GENE SMITH, JR., knowingly having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting

interstate and foreign commerce, ammunition, to wit: three rounds of .38 special; two rounds of .357 Magnum; and one round of .38 special +P.

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| December 14, 2012 | Misconduct Involving Weapons in the Third Degree | Superior Court for the State of Alaska, Third Judicial District at Anchorage | 3AN-12-9929 |
| September 22, 2009 | Misconduct Involving Controlled Substances in the Third Degree | Superior Court for the State of Alaska, Third Judicial District at Anchorage | 3AN-08-2574 |
| February 28, 2002 | Failure to Stop at the Direction of a Police Officer in the First Degree | Superior Court for the State of Alaska, Third Judicial District at Anchorage | 3AN-00-10009 |
| February 28, 2002 | Assault in the Third Degree | Superior Court for the State of Alaska, Third Judicial District at Anchorage | 3AN-00-10009 |

//
//
//
//
//
//
//
//
//
//
//

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kelly Cavanaugh
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: February 19, 2020